United States District Court
Southern District of Texas
**ENTERED**
January 25, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| JOHN HURLOCKER, Individually and on behalf of those Similarly Situated, | **Case No. 3:22-cv-00020** |
| v. | Class and Collective Action |
| APTIM SERVICES, LLC, | Jury Trial Demanded |

## FINAL JUDGMENT

THIS CAUSE comes before the Court on the Parties' Petition to Confirm Confidential Arbitration Award under 9 U.S.C. § 9. Arbitrator Clifford was the appointed arbitrator. In this capacity, he issued an Award on December 3, 2021, which has been filed under seal with this Court and is incorporated herein. The issues having been fully arbitrated and no grounds for vacating the Award having been presented to the Court, it is ORDERED AND ADJUGDED:

1. The December 3, 2021 Arbitration Award is final, enforceable and fair and reasonable resolutions of contested litigation involving *bona fide* disputes.

2. The December 3, 2021 Arbitration Award was made in accord with, and the Arbitrator properly undertook the two-part analysis required for the settlement of an FLSA claim.

3. The Arbitration Award finally disposes of all parties and all claims. All relief not expressly granted in the Award is denied.

4. The Exhibits filed under seal shall remain confidential.

5. Any other pending motion or matter is DISMISSED as moot.

6. The Clerk shall CLOSE the case.

IT IS SO ORDERED ON __Jan 25__, 2022, in Galveston, Texas.

_____
United States Magistrate Judge